UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN AIKEN, JR.,

    Plaintiff,

v.                                                Case No. 3:13cv638/MCR/CJK

BARRY S. SELTZER and
JAMES JEROME AIKEN,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On January 21, 2012, the court entered an order (doc. 4) directing the plaintiff to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file a completed motion to proceed *in forma pauperis* within thirty days of the court's order. The court advised the plaintiff that failure to comply with its order, as instructed, would result in a recommendation that the case be dismissed for failure to comply with an order of the court. After more than thirty days passed and the plaintiff failed to comply with the court's order, the court entered an order directing the plaintiff to show cause, within fourteen days, why the case should not be dismissed for failure to comply with an order of the court. More than fourteen days have passed since the court entered its order, and the plaintiff has failed to respond. Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 12th day of May, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).